UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZIZ SALAAM,<br><br>                               Plaintiff,<br><br>     -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                               Defendants. | 1:23-CV-8228 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 8, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 8, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                Chief United States District Judge